No. 74–813.  ABRAHAM ET AL. *v.* FLORIDA ET AL.  Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. D–38.  IN RE DISBARMENT OF DONNELLY.  It is ordered that John J. Donnelly, Jr., of Geneva, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this matter.*

No. D–39.  IN RE DISBARMENT OF ROSENBERG.  It is ordered that Harvey Rosenberg, of Silver Spring, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this matter.*

No. D–40.  IN RE DISBARMENT OF GILBERT.  It is ordered that Donald E. Gilbert, of East Northport, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him so show cause why he should not be disbarred from the practice of law in this Court.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this matter.*

No. D–41.  IN RE DISBARMENT OF SIEGEL.  It is ordered that George J. Siegel, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to

---

*See also first note, *supra*, p. 940.

show cause why he should not be disbarred from the practice of law in this Court. MR. JUSTICE MARSHALL took no part in the consideration or decision of this matter.*

No. D–42. IN RE DISBARMENT OF DEAN. It is ordered that John W. Dean III, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court. MR. JUSTICE MARSHALL took no part in the consideration or decision of this matter.*

No. D–43. IN RE DISBARMENT OF ANDRESEN. It is ordered that Peter C. Andresen, of Kensington, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court. MR. JUSTICE MARSHALL took no part in the consideration or decision of this matter.*

No. 73–1573. WITHROW ET AL. v. LARKIN. Appeal from D. C. E. D. Wis. [Probable jurisdiction noted, 417 U. S. 943.] Motion of appellee for leave to file supplemental brief after argument granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.*

No. 73–7031. FOWLER v. NORTH CAROLINA. Sup. Ct. N. C. [Certiorari granted, 419 U. S. 963.] Motion of the Attorney General of California for additional time to participate in oral argument as *amicus curiae* denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.*

---

*See also first note, *supra*, p. 940.